**Leland H. CHIN, Plaintiff–Appellant,**

v.

**Jo Anne B. BARNHART,\* Commissioner of the Social Security Administration, Defendant–Appellee.**

No. 01–16645.

D.C. No. CV–00–03105–TEH.

United States Court of Appeals,
Ninth Circuit.

Submitted June 10, 2002 \*\*.

Decided June 18, 2002.

Before O'SCANNLAIN, BERZON, and RAWLINSON, Circuit Judges.

MEMORANDUM \*\*\*

Leland H. Chin appeals the district court's summary judgment upholding the Commissioner of the Social Security Administration's decision denying him disability insurance benefits. We have jurisdiction pursuant to 28 U.S.C. § 1291 and 42 U.S.C. § 405(g). We review de novo the district court's decision, and we review for substantial evidence and legal error the Administrative Law Judge's ("ALJ") decision. *Tackett v. Apfel,* 180 F.3d 1094, 1097 (9th Cir.1999).

We conclude that substantial evidence supports the ALJ's finding that Chin was not disabled. *See id.* at 1098.

We also conclude that although the ALJ improperly discredited Chin's pain testimony based on his daily activities, *see Vertigan v. Halter,* 260 F.3d 1044, 1049–50 (9th Cir.2001), there remains substantial evidence in the record supporting the ALJ's decision, *see Tackett,* 180 F.3d at 1097.

Chin's remaining contentions lack merit.

AFFIRMED.

---

\* Jo Anne B. Barnhart is substituted for her predecessor as Commissioner of the Social Security Administration, pursuant to Fed. R.App. P. 43(c)(2).

\*\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

